UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

December 30, 2019

## LETTER ORDER

Re:   *Aloia v. Discover Financial Services, et al.*
      Civil Action No. 19-4971 (ES) (CLW)

Dear Counsel:

On June 28, 2019, Plaintiff filed an unopposed motion to remand this action to the Superior Court of New Jersey, Essex County. (D.E. No. 10). On December 12, 2019, the Honorable Cathy L. Waldor, U.S.M.J., issued a Report and Recommendation that the undersigned grant Plaintiff's motion. (D.E. No. 13). The parties had fourteen days to file and serve any objections to Magistrate Judge Waldor's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, no party has filed an objection.

Having reviewed the parties' submissions and Magistrate Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 30th day of December 2019,

**ORDERED** that this Court ADOPTS Magistrate Judge Waldor's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is GRANTED and this matter is REMANDED to the Superior Court of New Jersey, Essex County; and it is further

**ORDERED** that the Clerk of Court TERMINATE docket entry numbers 10 and 13.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**